927 P.2d 416

# SUPREME COURT OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Sueishi | 17588 | 10/01/96 | Vacated and Remanded |
| State v. N'go | 19528 | 10/02/96 | Affirmed |
| Canalez v. Bob's Appliance Service Center, Inc. | 18934 | 10/02/96 | Affirmed |
| State v. Vai | 17992 | 10/03/96 | Affirmed in part, Vacated and Remanded |
| State v. Bagasol | 17474 | 10/08/96 | Reversed |
| State v. Bailey | 17360 | 10/16/96 | Reversed, Vacated and Remanded |
| Lloyd v. Government Employees Ins. Co. | 17804 | 10/16/96 | Reversed |
| Souza v. Metcalf | 18699 | 10/21/96 | Vacated and Remanded |
| State v. Aki | 17611 | 10/23/96 | Vacated in part and Affirmed |
| Miano v. Rothmeier | 17194 | 10/25/96 | Affirmed in part, Vacated and Remanded |
| Hanawahine v. County of Hawai'i | 18430 | 10/28/96 | Affirmed in part, Vacated in part and Remanded |
| State v. Smalls | 17777 | 10/29/96 | Vacated and Remanded |
| State v. Takakura | 18880 | 10/30/96 | Reversed and Remanded |
| State v. Senensi | 18284 | 10/31/96 | Vacated |
| State v. Paulo | 18189 | 10/31/96 | Vacated and Remanded |

# SUPREME COURT OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Ranger Ins. Co. By and Through James Lindblad, Inc. | 15996 | 10/9/96 | Denied | 83 Hawai'i 118, 925 P.2d 288 |